UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

JANICE ARNDT,

          Plaintiff,

    vs.

BIOMET, INC.; BIOMET ORTHOPEDICS,
LLC; BIOMET U.S. RECONSTRUCTION,
LLC; and BIOMET MANUFACTURING,
LLC,

          Defendants.

Case No: 5:18-cv-00595-D

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the Plaintiff, Janice Arndt ("Plaintiff"), and defendants, Biomet Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing LLC ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

**SO ORDERED**. This **26** day of September 2019.

_____
JAMES C. DEVER III
United States District Judge